**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN GIBSON, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCYNEXIS, INC., MARCO TAGLIETTI, ERIC FRANCOIS, YVES J. RIBEILL, JONATHAN SEARS WOODALL, and CHARLES F. OSBORNE,<br><br>*Defendants*. | Civil Action No.: 17-1565(KSH)(CLW)<br><br>**PLAINTIFF'S NOTICE OF <u>VOLUNTARY DISMISSAL</u>** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Gibson hereby voluntarily dismisses this action without prejudice. Defendants SCYNEXIS, Inc., Marco Taglietti, Eric Francois, Yves J. Ribeill, Jonathan Sears Woodall, and Charles F. Osborne have not answered or filed a motion for summary judgment in this case.

Dated: October 26, 2018

So Ordered
10/26/18

[signature]

**LITE DEPALMA GREENBERG, LLC**

/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*